## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOSHUA ALLEN STRICKLIN,**
**ADC #138119**                                                                    **PLAINTIFF**

**VS.**                              **4:16-CV-00499 BRW**

**SCOT HUFFMAN, Lieutenant; and**
**TERRY ROPER, Seregant,**
**Faulkner County Detention Center**                                  **DEFENDANTS**

### ORDER

Mr. Stricklin's motion to voluntarily dismiss this case is GRANTED, and this case is

DISMISSED WITHOUT PREJUDICE.[1] I certify that an *in forma pauperis* appeal from this

Order would not be taken in good faith.[2]

IT IS SO ORDERED this 16th day of August, 2016.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 3.

[2] 28 U.S.C. § 1915(a)(3).